IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FELDMAN,

      Plaintiff,                      No. CIV S-07-1296 MCE DAD PS

      vs.

CALIFORNIA DMV, et al.,          ORDER

      Defendants.

_____/

      Plaintiff, proceeding pro se, has filed a complaint seeking damages and injunctive relief pursuant to 42 U.S.C. § 1983 and state law. Defendants are the California DMV, the State of California, and ten unnamed persons. The proceeding has been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72-302(c)(21).

      Plaintiff's complaint was accompanied by a motion to proceed in forma pauperis. The motion is not signed under penalty of perjury, and plaintiff has not submitted an in forma pauperis application form that provides details about his income and assets during the past twelve months. Plaintiff is advised that the court cannot authorize the commencement of a suit without prepayment of fees until the plaintiff establishes his indigency in a properly completed application. See 28 U.S.C. § 1915(a). Plaintiff's motion to proceed in forma pauperis will be denied without prejudice to the filing of a properly completed application on the form provided

1  by the court with this order.  Plaintiff must answer all questions on the form, and sign and date
2  the completed form.
3       Plaintiff also seeks an order requiring the DMV to issue him a driver's license
4  immediately so that he can obtain cash assistance checks.  Plaintiff alleges that he is homeless
5  and has lost most of his belongings because he was living with friends in the South Lake Tahoe
6  area and their home recently burned down.  Plaintiff's motion meets none of the requirements
7  applicable to requests for immediate injunctive relief.  See Local Rule 65-231.  As an initial
8  matter, the relief plaintiff seeks does not appear to be directly related to the claims alleged in his
9  complaint and is not intended to maintain the status quo.  Plaintiff has not provided a legal brief
10 on the merits of his motion and has offered no evidence of attempts to obtain a replacement
11 driver's license or an identification card, if he did not lose a valid driver's license in the fire.
12 Plaintiff has not presented a declaration under penalty of perjury establishing that he will suffer
13 irreparable injury if the court does not issue the order he seeks.  Plaintiff has submitted no
14 evidence that he served his motion on the defendants and all persons who would be affected by
15 the order he seeks.  Plaintiff's motion for court order will be denied on these grounds.
16      The court's preliminary review of plaintiff's complaint reveals that the pleading is
17 defective.  If plaintiff submits a satisfactory in forma pauperis application, the court will grant the
18 application and dismiss plaintiff's complaint with instructions on how to amend the pleading to
19 cure its defects.
20      IT IS ORDERED that:
21      1.  Plaintiff's July 2, 2007 motion to proceed in forma pauperis is denied without
22 prejudice.
23      2.  The Clerk of the Court is directed to send plaintiff a form Application to
24 Proceed In Forma Pauperis;
25      3.  Plaintiff shall submit, within thirty days from the date of this order, a properly
26 completed application to proceed in forma pauperis on the form provided with this order.  Failure

1 to comply with this order or seek an extension of time to do so will result in a recommendation
2 that this action be dismissed without prejudice; and
3     4.  Plaintiff's July 2, 2007 motion for immediate court order is denied.
4 DATED: July 23, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\feldman1296.ifp.den