IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FELDMAN,                            No. 07-cv-01296-MCE-DAD PS

       Plaintiff,

  v.                                         <u>ORDER</u>

CALIFORNIA DMV, et al.,

       Defendants.
_____/

    Plaintiff, proceeding *pro se*, filed the above-entitled action seeking damages and injunctive relief under 42 U.S.C. § 1983 and state law.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On November 5, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten court days. Plaintiff has filed timely objections to the findings and recommendations.

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 5, 2007, are adopted in full;

2. Plaintiff's federal claims are dismissed without leave to amend on the grounds that the claims are frivolous, fail to state a claim upon which relief may be granted, or have been brought against defendants who are entitled to immunity or are not persons for purposes of 42 U.S.C. § 1983; and

3. Plaintiff's supplemental state claims are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

Dated: December 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE